THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>    *Plaintiff*,<br><br>  v.<br><br>KWAME RAOUL,<br>in his official capacity as Attorney General of the State of Illinois,<br><br>    *Defendant*. | Case No. 1:24-cv-00544 |

**PLAINTIFF'S UNOPPOSED MOTION
TO EXCEED PAGE LIMITS FOR MEMORANDUM OF LAW**

Plaintiff Association for Accessible Medicines ("AAM") respectfully requests leave to file a memorandum of law not exceeding 20 pages in support of its forthcoming motion for a preliminary injunction—5 pages in excess of the default page limitation for memoranda of law under Local Rule 7.1. Counsel for Defendant, the Illinois Attorney General, has consented to the relief requested in this motion.

In support of this motion, AAM states as follows:

1. On January 22, 2024, AAM filed a Complaint alleging that HB 3957, Pub. L. No. 103-0367, violates the U.S. Constitution.

2. AAM intends to file a motion for a preliminary injunction on February 2, 2024, requesting that the Court enjoin Defendant from enforcing HB 3957 against AAM's members.

3. AAM respectfully submits that a 5-page extension of the default 15-page limit for memoranda of law under Local Rule 7.1 is necessary for AAM to have sufficient room to fully

address the relevant legal issues, including the implications of recent Supreme Court precedent for AAM's claims, and to establish its entitlement to a preliminary injunction. Granting AAM an additional 5 pages for its memorandum of law will thus aid the Court in resolving AAM's motion for a preliminary injunction.

4. The parties are conferring on a proposed briefing schedule for AAM's motion for a preliminary injunction and any motion of Defendant. They anticipate submitting a proposed briefing schedule to the Court on January 30, 2024.

5. Accordingly, AAM respectfully requests leave to file a memorandum of law not exceeding 20 pages in support of the motion for a preliminary injunction that AAM intends to file on February 2, 2024.

Dated: January 26, 2024

Respectfully submitted,

s/ Andrianna D. Kastanek

William M. Jay (#480185)
Benjamin Hayes (#1030143)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
wjay@goodwinlaw.com
bhayes@goodwinlaw.com

Andrianna D. Kastanek (#6286554)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7285
akastanek@jenner.com

*Counsel for Plaintiff*

address the relevant legal issues, including the implications of recent Supreme Court precedent for AAM's claims, and to establish its entitlement to a preliminary injunction. Granting AAM an additional 5 pages for its memorandum of law will thus aid the Court in resolving AAM's motion for a preliminary injunction.

4. The parties are conferring on a proposed briefing schedule for AAM's motion for a preliminary injunction and any motion of Defendant. They anticipate submitting a proposed briefing schedule to the Court on January 30, 2024.

5. Accordingly, AAM respectfully requests leave to file a memorandum of law not exceeding 20 pages in support of the motion for a preliminary injunction that AAM intends to file on February 2, 2024.

Dated: January 26, 2024

Respectfully submitted,

s/ Andrianna D. Kastanek

William M. Jay (#480185)
Benjamin Hayes (#1030143)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
wjay@goodwinlaw.com
bhayes@goodwinlaw.com

Andrianna D. Kastanek (#6286554)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7285
akastanek@jenner.com

*Counsel for Plaintiff*