THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES,<br><br>    *Plaintiff,*<br><br>  v.<br><br>KWAME RAOUL,<br>in his official capacity as Attorney General of the State of Illinois,<br><br>    *Defendant.* | Case No. 1:24-cv-00544 |

## **PLAINTIFF'S DOCKETING STATEMENT**

Plaintiff Association for Accessible Medicines ("AAM") submits this Docketing Statement in accordance with Seventh Circuit Rule 3(c)(1).

1. The United States District Court for the Northern District of Illinois exercised subject matter jurisdiction over this case in accordance with 28 U.S.C. §§ 1331 and 1343(a)(3).

2. Federal question jurisdiction is premised on 42 U.S.C. § 1983 and on the United States Constitution's Commerce Clause, U.S. Const. art. I, § 8, cl. 3, and the Fourteenth Amendment's Due Process Clause. No claims have reached final disposition.

3. The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal in accordance with 28 U.S.C. § 1292(a)(1) and 1294(1), because the appeal is from an interlocutory order refusing an injunction.

4. The district court entered its order denying AAM's motion for preliminary injunction [Dkt. 85] on September 26, 2025.

5. AAM timely filed its Notice of Appeal on October 16, 2025.

6. Defendant Kwame Raoul appears in his official capacity. He is the current occupant of the office of Attorney General of Illinois.

Dated: October 16, 2025

William M. Jay (#480185)
*Counsel of Record*
Isabel M. Marin (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
wjay@goodwinlaw.com
imarin@goodwinlaw.com

Respectfully submitted,

s/ Andrianna D. Kastanek
Andrianna D. Kastanek (#6286554)
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 840-7285
akastanek@jenner.com

*Counsel for Plaintiff*